DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE HILDRETH,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2025-1650

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 502023CA000236XXXXMB.

Thomas Katranis, Chad Weatherstone of KWG Legal, PLLC, Fort Lauderdale, for appellant.

C. Ryan Jones and David T. Burr of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***